IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12-CR-30171-WDS |
| | ) | |
| **HAROLD M. WHITE, Jr.,** | ) | |
| a.k.a "Roscoe," | ) | |
| **WESLEY C. WHITE,** a.k.a "Doug," | ) | |
| **TEE JAY WHITE, BRIAN R. LEWIS,** | ) | |
| **JERRY TAYLOR,** a.k.a "White," | ) | |
| **JOHN S. YOUNG,** a.k.a "Scooter," | ) | |
| **MARCUS R. STEWART,** | ) | |
| **RONNIE G. JACKSON,** | ) | |
| **WARREN KENT ROGERS,** | ) | |
| a.k.a. "Kent," | ) | |
| and **OSIE B. ABRAM,** a.k.a "B," | ) | |
| | ) | |
| Defendants. | ) | |

**PROTECTIVE ORDER REGARDING DISCOVERY**

**STIEHL, District Judge:**

Before the Court is the Government's motion for a protective order (Doc. 163) with respect to early disclosure of Jencks Act materials and summaries of witness interviews contained in various reports in this case.

The Government states that pursuant to 18 U.S.C. § 3500, certain witness statements have not been disclosed to the defendants. In addition, police reports summarizing interviews with cooperating witnesses and co-defendants have not been disclosed due to safety concerns. However, the Government asserts that a limited disclosure of these documents may advance the trial and resolution of this case. To date, no objections have been filed to the Government's motion.

Upon review of the record, the Court **GRANTS** the government's motion for entry

of a Protective Order (Doc. 163). The Government may release to the defendants the Jencks Act materials and law enforcement reports summarizing the interviews of cooperating witnesses and co-defendants upon the following conditions:

1. Defense counsel **SHALL** maintain the Jencks Act materials and law enforcement reports summarizing the interviews of cooperating witnesses and co-defendants in his or her care, custody and control at all times;

2. Defense counsel **SHALL NOT** copy, disseminate or leave with anyone, including his or her client, Jencks Act materials and law enforcement reports summarizing the interviews of cooperating witnesses and co-defendants;

3. Defense counsel **SHALL NOT** include in any publically filed documents the identity of any cooperating witnesses or co-defendants, but **SHALL** use intitals or court numbers to protect the identity and safety of the cooperating witness or co-defendant.

**IT IS SO ORDERED.**

**DATE: 05 April, 2013**

/s/ **WILLIAM D. STIEHL**
      **DISTRICT JUDGE**
