IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 12-CR-30171-WDS |
| | ) | |
| MARCUS STEWART, | ) | |
| | ) | |
| Defendant. | ) | |

# O R D E R

**STIEHL, District Judge:**

Before the Court is a motion to withdraw filed by Susan Gentle, counsel for defendant Marcus Stewart (Doc. 228). It is apparent that the defendant and his current counsel have had a break-down in communication and that new counsel is required. Accordingly, the Court hereby **GRANTS** the motion to withdraw and **WITHDRAWS** the appointment of Susan Gentle and hereby **APPOINTS** Ronald Jenkins, Jenkins and King, 150 N. Meramec, Suite 400, Clayton, MO 63105, 314-721-2525, to represent the defendant in all further proceedings.

This case is currently set for trial on July 23, 2013. In light of the late appointment in this case, and upon review of the record, the Court **FINDS** that it would be in the best interests of the public and the defendant to continue the final pretrial and trial in this matter to allow the defendant and his newly appointed counsel time to prepare for trial, and, accordingly the Court **HEREBY** continues the trial and final pre-trial in this matter.

The Court **FURTHER FINDS** that the ends of justice would be best served by granting the continuance in this matter. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court **FURTHER FINDS** that this continuance applies to all defendants who remain joined for trial. All time between the filing of this motion and the new trial date shall be excluded for speedy trial purposes as to all defendants

who remain joined for trial.    18 U.S.C. §3161(h)(1) and §3161(h)(6). This matter is **HEREBY** rescheduled for Trial on Tuesday, August 20, 2013, at 9:00 a.m., and for a Final Pre-Trial Conference on Monday, August 12, 2013, at 1:30 p.m.

**IT IS SO ORDERED.**

**DATE: 3 July, 2013**

                                              **s/ WILLIAM D. STIEHL**
                                              **DISTRICT JUDGE**