IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CRIMINAL NO. 12-CR-30171-05-WDS |
| | ) |
| v. | ) **FILED UNDER SEAL AND** |
| | ) ***EX PARTE*** |
| BRIAN R. LEWIS, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S *EX PARTE* MOTION TO REVOKE DEFENDANT'S BOND**

Comes now the United States of America, by and through Stephen R. Wigginton, United States Attorney for the Southern District of Illinois, and Kit R. Morrissey, Assistant United States Attorney for the Southern District of Illinois, and respectfully moves this Court for an order revoking the defendant's bond and remanding him to the custody of the United States Marshal pending a detention hearing in this case. In support of this motion, the United States avers the following:

1. On November 16, 2012, an eight-count federal superseding indictment was filed in the Southern District of Illinois charging the defendant in Counts 1 through 8. *See* Doc. 29.

2. An arrest warrant issued, and on November 28, 2012, the defendant made his initial appearance. The defendant was released on an unsecured appearance bond with the condition that he "must not violate any federal, state or local law while on release." Order Setting Conditions of Release (Doc. #97, par. 1).

3. The defendant has committed the following offenses while on release:

  a. The defendant was cited for Driving While License Suspended in St. Clair County, Illinois, Circuit Court Case No. 13-TR-13333, for conduct occurring on March 22, 2013.

  b. The defendant was cited by the Fairview Heights Police Department for Driving While License Suspended, Loud/Defective Exhaust, and Defective Windshield, Case Nos. 13-TR-25476, 13-TR-25477, and 13-TR-25489, respectively, for conduct occurring on June 13, 2013.

  c. On July 1, 2013, the defendant was cited by the Alton and Southern Railway Police for Trespassing on Railroad Property, Driving While License Suspended, and Defective Windshield, case numbers not presently available.

4. The defendant's trial is scheduled for August 20, 2013.

Based on the above, the United States of America moves for the issuance of an arrest warrant and the temporary detention of the Defendant to permit revocation of the Defendant's conditional release, pursuant to 18 U.S.C. 3142(d).

        Respectfully submitted,

        STEPHEN R. WIGGINTON
        United States Attorney

        s/ Kit R. Morrissey
        KIT R. MORRISSEY
        Assistant United States Attorney
        Nine Executive Drive
        Fairview Heights, IL  62208-1344
        Tel: (618) 628-3700
        Fax: (618) 628-3730
        Email: Kit.Morrissey@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CRIMINAL NO. 12-CR-30171-05-WDS |
| | ) |
| v. | ) **FILED UNDER SEAL AND** |
| | ) *EX PARTE* |
| BRIAN R. LEWIS, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July, 2013, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

        Respectfully submitted,

        STEPHEN R. WIGGINTON
        United States Attorney

        s/ Kit R. Morrissey
        KIT R. MORRISSEY
        Assistant United States Attorney
        Nine Executive Drive
        Fairview Heights, IL  62208-1344
        Tel: (618) 628-3700
        Fax: (618) 628-3730
        Email: Kit.Morrissey@usdoj.gov