PROB 12C
(ILSP 11/11)

# UNITED STATES DISTRICT COURT
## for the
## Southern District Of Illinois
### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Brian R. Lewis                                    Docket No. 0754 3:12CR30171-005

Register Number: 10003-025

Name of Sentencing Judicial Officer:  Honorable David R. Herndon, U.S. District Judge

Name of Assigned Judicial Officer:  Honorable Staci M. Yandle, U.S. District Judge

Date of Original Sentence:  September 9, 2016

Original Offense:    Ct. 1: Conspiracy to commit theft from interstate shipments and possess stolen
                     goods
                     Cts. 2, 9, & 10: Theft of interstate shipment
                     Cts. 3, 4, 5, 6, & 8: Possession of stolen goods

Original Sentence:   Ct. 1: 60 months' Bureau of Prisons; followed by a three-year term of supervised
                     release
                     Cts. 2-6 & 8-10: 71 months' Bureau of Prisons (concurrent to Ct. 1); followed by
                     a three-year term of supervised release (concurrent to Ct. 1)

Type of Supervision:  Supervised Release          Date Supervision Commenced:  September 12, 2018

Custody Status:    Mr. Lewis remains in the community under supervision.

Assistant U.S. Attorney:  Kit R. Morrissey        Defense Attorney: Bill Steihl

---

## PETITIONING THE COURT

[ X ]    To issue a **SUMMONS**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| Administrative | The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer. |
| | Mr. Lewis failed to submit complete written monthly reports for the months of March 2019; July 2019; December 2019; February 2020; and September 2020. |
| | Mr. Lewis failed to submit a written monthly report as directed for the following months: February 2019; January 2020; March 2020; April 2020; May 2020; and August 2020. |
| | Mr. Lewis failed to submit a written monthly report within the first ten days of the month for the following months: January 2019; June 2020; July 2020; and December 2020. |

**Offender Name:  Brian R. Lewis**
**Docket Number:  0754 3:12CR30171-005**

| | |
|---|---|
| Administrative | The defendant shall respond to all inquiries of the probation officer and follow the instructions of the probation officer. |
| | On December 23, 2019; January 6, 2020; May 26, 2020; and June 7, 2020, Mr. Lewis failed to follow the instructions of the probation officer. |
| Special | The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons. |
| | Mr. Lewis failed to work regularly since the commencement of supervised release. |

## U.S. Probation Officer Recommendation:

The term of supervision should be:
- ☐ revoked
- ☐ extended for * years, for a total term of * years.
- ☒ The conditions of supervision should be modified as follows:

The defendant shall pay any financial penalties imposed which are due and payable immediately. If the defendant is unable to pay them immediately, any amount remaining unpaid when supervised release commences will become a condition of supervised release and be paid in accordance with the Schedule of Payments sheet of the judgment based on the defendant's ability to pay.

*Condition Explanation:  The defendant is to abide by the payment plan established by the Court, and set out in the Schedule of Payments sheet of the judgment to satisfy any fine, administrative fee (Special Assessment), and/or restitution ordered in the defendant's instant federal offense.  Payments are to be based on the defendant's ability to pay and if anytime during the term of supervision it is determined the defendant does not have the financial means to comply with the payment plan ordered, or, the defendant's financial situation is such that the defendant's payments can be increased, the Court may adjust the defendant's payment plan accordingly.*

- ☐ Other

I declare under penalty of perjury that the forgoing is true and correct.

by _____

Christian N. Hoepker
U.S. Probation Officer

Date:  March 30, 2021

**Offender Name:  Brian R. Lewis**
**Docket Number:  0754 3:12CR30171-005**

This document has been reviewed and approved.

by _____

Jacob J. Keane
Supervisory U.S. Probation Officer

Date:  March 30, 2021

THE COURT ORDERS:
☐   Submit a Request for Modifying the Condition or Term of Supervision
☐   The Issuance of a Warrant
☒   The Issuance of a Summons
☐   Other

2021.05.14
13:31:24
-05'00'

_____
Honorable Staci M. Yandle
U.S. District Judge

_May 14, 2021_____
Date